**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1637

OLIVER COLEMAN,

       Plaintiff - Appellant,

    v.

BANK OF AMERICA; BANK OF AMERICA N.A.; BANK OF AMERICA HEAD QUARTER CORPORATION; NEAL J. MARKOWITZ, Esq.,

       Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah Lynn Boardman, District Judge.  (8:22-cv-03189-DLB)

Submitted:  October 31, 2023                    Decided:  November 2, 2023

Before HARRIS and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Oliver R. Coleman, Appellant Pro Se. Melissa O. Martinez, MCGUIREWOODS, LLP, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Oliver Coleman appeals the district court's orders granting Defendants' motion to dismiss his civil complaint without prejudice for lack of subject matter jurisdiction and denying his Fed. R. Civ. P. 59(e) motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Coleman v. Bank of Am., N.A.*, No. 8:22-cv-03189-DLB (D. Md., May 9, 2023, and June 1, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*